Daniel MAGANA–PIZANO,
Petitioner–Appellant,

v.

IMMIGRATION AND NATURALIZATION SERVICE, Respondent–Appellee.

Nos. 97–15678, 97–70384.

United States Court of Appeals,
Ninth Circuit.

Nov. 13, 1998.

Before: GOODWIN and THOMAS, Circuit Judges, PREGERSON,* District Judge.

## ORDER

It is ordered that the opinion filed on September 1, 1998, be amended to delete the paragraph at page 5, as reported in 152 F.3d 1213 at 1215, which states:

---

* The Honorable Dean D. Pregerson, United States District Judge for the Central District of California, sitting by designation.

Petitions for review filed between the passage of IIRIRA on September 30, 1996, and IIRIRA's general effective date of April 1, 1997, are governed by interim transitional rules. *See* IIRIRA § 309(c); *Kalaw v. INS*, 133 F.3d 1147, 1150 (9th Cir.1997).

In lieu thereof, the following language is hereby substituted:

Immigration proceedings initiated by the INS before IIRIRA's general effective date of April 1, 1997, in which a final deportation or exclusion order was filed after October 30, 1996, are governed by interim transitional rules. *See* IIRIRA § 309(c); *Kalaw v. INS*, 133 F.3d 1147, 1150 (9th Cir.1997).